# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Biodun Iginia,

Plaintiff,

Case No. Civil 00-2410 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Steve Saroff,

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed on the merits and with prejudice and without costs to any party.**

DATE: September 28, 2001

RICHARD D. SLETTEN, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk